IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.  STACY PRICE, and<br>2.  CHAD JAMES, individually and<br>   as parents and next friend, for<br>   the minor child, K.J.,<br><br>         Plaintiffs,<br><br>v.   vs.<br><br>1.  DALE E. WOLFORD, D.O.,<br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CIV-07-1076-M |

**JOINT REQUEST FOR AN ORDER APPROVING SETTLEMENT AGREEMENT AND RELEASE, MINOR'S COMPROMISE, APPORTIONMENT AND ALLOWANCE OF ATTORNEY FEES AND COSTS, AND OF AMOUNT ATTRIBUTABLE TO MEDICAL PAYMENTS WITH EXTINGUISHMENT OF MEDICAID LIEN**

Come now the parties, jointly, and would show the Court that a settlement conference was held on June 30, 2008, before Judge Robert Bacharach. In attendance was Ms. Heather Poole, counsel for the Oklahoma Health Care Authority which has a Medicaid claim for medical payments. The litigation was settled on confidential terms more particularly set forth in a Settlement Agreement and Release hand delivered to this Court for review. Since the time of the settlement conference, a Friendly Suit was held in which representatives for the Oklahoma Health Care Authority opposed this Court's final ruling on October 23, 2008. As such, the Oklahoma Health Care Authority file an Appeal to the 10th Circuit Court of Appeals on or about 18th day of September 2009. On or about July 17, 2010 the 10th Circuit Court of Appeals reversed the decision of the Western District of Oklahoma and since the this Court has ordered an evidentiary hearing regarding the allocation of funds. However, since that time the Plaintiffs, Defendant and The Oklahoma Health Care Authority have reached an agreed settlement regarding the monies to be paid

back to the Oklahoma Health Care Authority. Consequently, an evidentiary hearing is no longer necessary. The parties jointly request a confidential review by the Court of the terms of the Settlement Agreement and Release and further request approval of the amounts set forth therein, including but not limited to that amount set forth for the use and benefit of K.J., the minor child, at the friendly suit hearing scheduled to occur at 10:00 a.m. on Tuesday August 31st.

WHEREFORE, premises considered, the parties jointly request that the Court review and approve the terms of settlement. By copy of this request to counsel for the Oklahoma Health Care Authority, the parties make said lien holder aware of the friendly suit hearing date, this request and their agreement that OHCA may appear at said hearing to assert its lien claim to that portion of the settlement apportioned to medical payments it satisfied and/or make its position known to your honor prior to the Court extinguishing their statutory lien.

A proposed Order approving the confidential settlement is attached hereto as Exhibit A. All of which is respectfully submitted.


APPROVED:


/s/ Kenyatta Bethea
Dan L. Holloway          OBA No. 13410
Kenyatta R. Bethea       OBA No. 18650
Holloway Bethea & Osenbaugh
3035 NW 63rd, Suite 102N
Oklahoma City, OK 73116
405/246-0600
405/810-4080 (fax)

Attorney for Plaintiffs

WIGGINS SEWELL & OGELTREE


/s/   Spencer Housley (with permission)
John Wiggins            OBA No. 9594
Spencer B. Housley      OBA No. 20242
3100 Oklahoma Tower
210 Park Avenue
Oklahoma City, OK 73102
405/232-1211
405/235-7025 (fax)

Attorneys for Defendant,
Dale E. Wofford, D.O.

/s/  Christopher Bergin  (with permission)
Christopher Bergin
Deputy General Counsel
P.O. Drawer 18497
Oklahoma City, OK 73154-0497
405/522-7562
405/530-3441 (fax)

Attorney for Oklahoma Health Care Authority




CERTIFICATE OF SERVICE

     I hereby certify that on this 30th day of August, 2010, I electronically transmitted the attached document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):


John Wiggins            OBA No. 9594
Spencer B. Housley      OBA No. 20242
3100 Oklahoma Tower
210 Park Avenue
Oklahoma City, OK 73102
405/232-1211

405/235-7025 (fax)
Attorneys for Defendant,
Dale E. Wofford, D.O.


Christopher Bergin
Deputy General Counsel
P.O. Drawer 18497
Oklahoma City, OK 73154-0497
405/522-7562
405/530-3441 (fax)

                                                                /s/ Marissa T. Osenbaugh